# Federal Northern/Southern Courts E-File Consent Form

N.E.F

RECEIVED MAY 31 A.M.

Printed Name: Richard N Smith    DOC Number: 973921

Signature: Richard                Date: ___/___/_____

Dorm: South    Bed Number: 3L

Consent Form Already on File:                             NO  XX
Consent Form Needs Sent with Current Documents:   YES XX

**FILED**
06/04/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

CASE FILED IN:

Southern District of Indiana  XX

Case/Cause Number: _____
*If case/cause number is pending please check: XX        Page Count: 22

> I am participating in the United States District Court for the Northern and Southern Districts of Indiana Prison Electronic Filing Program ("E-Filing Program").
>
> When the Courts issue(s) an Order, Entry, or other document(s) a Notice of Electronic Filing is automatically generated and sent to the Putnamville Correctional Facility Law Library Staff. In order to receive copies of document issued by the Court more quickly, more thoroughly, and to assist local courts, I consent pursuant to Fed.R.Civ.P.5(b)(2)(F) and Indiana State Rules to be served with documents issued by the Court via the E-Filing Program.
>
> By consenting to participate, I will receive via the Institutional Mail or E-Mail a printed copy of any ruling or notice issued by the Court as long as I reside at the Putnamville Correctional Facility, 1946 West U.S. Hwy 40, Greencastle, IN 46135, and I acknowledge that it is my obligation to notify the Court of any change in my address.

## COURTS NOTICE OF ELECTRONIC FILING

Putnamville Correctional Facility Law Library

**Date Received by Court:** 6 / 4 / 24

Attention ISF/PCF Staff: As of March 12, 2021, all legal documents returned by the courts for the offender through the electronic e-filing program, through the law library, set up for the Northern and Southern District Courts of Indiana, Indiana Court of Appeals and all Indiana County Courts will follow the same current process for incoming legal mail.

The Exception to this rule is that the attached documents do not need to be re-copied or shredded because they were printed by the law library supervisor.

**DO NOT RE-COPY OR SHRED THESE DOCUMENTS.**