UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| RICHARD SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-cv-00275-MPB-MG |
| | ) | |
| INDIANA DEPARTMENT OF CORRECTIONS, | ) | |
| CHRISTINA REAGLE Commissioner for the | ) | |
| Indiana Department of Corrections, | ) | |
| TRICIA PRETORIUS Warden for the Indiana | ) | |
| Department of Corrections, | ) | |
| DURREGAR Major for the Indiana Department of | ) | |
| Corrections, | ) | |
| CARMEN BABB Regional Finance Director for | ) | |
| the Indiana Department of Corrections, | ) | |
| HEATHER RUSSELL Americans with Disabilities | ) | |
| Association (ADA) Coordinator for the Indiana | ) | |
| Department of Corrections, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. This action is **dismissed without prejudice**.

Dated:  December 11, 2024

_Matthew P. Brookman, Judge_
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

RICHARD SMITH
973931
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only